UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

In re: Subpoenas of

STERLING HAWK, LLC, a Nevada
Limited Liability Company,

&

GREGORY HAWKINS, an individual,

Defendants.

2:-cv-11-0209-PMP-RJJ

ORDER GRANTING
UNOPPOSED MOTION TO EXTEND
DEADLINE FOR DEPOSITIONS AND
DOCUMENT PRODUCTION
AND TO DISMISS

This matter is before the Court on DataCard Corporation's ("DataCard") Unopposed Motion to Extend Deadline for Depositions and Document Production and to Dismiss. After having reviewed all applicable pleadings, including but not limited to DataCard's Motion, and upon good cause appearing therefore,

IT IS HEREBY ORDERED that DataCard's Unopposed Motion to Extend Deadline for Depositions and Document Production and to Dismiss is GRANTED in its entirety.

(1) DataCard's request for costs and fees is hereby dismissed with prejudice;

(2) The ordered depositions shall be completed on or before June 30, 2011, with the corresponding document production to be completed at least 2 weeks prior to the earliest scheduled deposition; and

(3) This Court shall retain jurisdiction over fulfillment of its orders concerning completion of the depositions and document production.

IT IS SO ORDERED:

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE

Dated: June 13, 2011

3885152v1