UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DATACARD CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> STERLING HAWK, LLC, GREGORY HAWKINS, <br><br> Defendants. | 2:11-CV-00209-PMP-RJJ <br><br> **ORDER** |

On June 13, 2011, this Court entered an Order (Doc. #20) extending a deadline to complete discovery through and including June 30, 2011. Since that date, no action has been taken in this case.

**IT IS THEREFORE ORDERED that** the parties to this action shall have to and including **January 10, 2012**, within which to file a written joint status report regarding this action.

DATED: December 20, 2011.

_____
PHILIP M. PRO
United States District Judge