UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

In re: Subpoenas of

STERLING HAWK, LLC, a Nevada Limited Liability Company,

&

GREGORY HAWKINS, an individual,

Defendants.

2:-cv-11-0209-PMP-RJJ

ORDER FOR DISMISSAL WITH PREJUDICE

This matter is before the Court on DataCard Corporation's ("DataCard") Unopposed Motion to Dismiss. After having reviewed all applicable pleadings, including but not limited to DataCard's Motion, and upon good cause appearing therefore,

**IT IS HEREBY ORDERED:**

That the above-entitled action is hereby dismissed in its entirety with prejudice, with both parties bearing their costs, expenses and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 27, 2012.

*[signature]*

PHILIP M. PRO
United States District Court Judge